# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHANIE MARIE STAHL,

Plaintiff,

v.

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

3:16-CV-2551
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF FEBRUARY, 2018, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 20), for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 20), is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order and the Report & Recommendation.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] By letter dated February 26, 2018, the government informed this Court that it has waived its opportunity to object to the Report and Recommendation. (Doc. 21).